# UNITED STATES DISTRICT COURT
For The Northern District of Florida
Gainsville Division

Oluwashina Kazeem Ahmed-Al-Khalifa (A070530620) (Pro-se)

Plaintiff

1-13-CV-48-SPM/GRJ

**Jury Demanded by Trial**

V

-Bashar Hafez Al-Assad, President of Syria
-Barrack Hussein Obama, President of the United States of America
-David William Donald Cameron, Prime Minister of the United Kingdom
-Vince Cable, The Business Secretary, United Kingdom
-William Hague, The Foreign Secretary, United Kingdom
-Dimitry Anantolyevich Medvedev, Prime Minister of Russia
-Mykola Yanovych Azarov, Prime Minister of Ukraine
-Sheik Hamad Bin Khalifa Al Thani, Emir of Qatar
-King Abdul-Aziz Abdullah, The King of Saudi Arabia
-Recep Tayyip Erdoğan, Prime Minister of Turkey
-The Pentagon, United States of America
-Dastan Engineering, Ukraine
-LVC (Luhansk Cartridge Works), Ukraine
-Rosoboronexport, United States of America
-Bulova Technologies, Unites States of America
-Ban Ki-Mon, Secretary General of United Nation
-United Nation Security Council
-Congress of the United States of America
(Defendants)

## <u>Complaints</u>

# <u>The Issue : The Civil War In Syria</u>

**<u>Factor :</u>** "Government is not reason : It is not eloquent; it is force. Like fire, it is a dangerous servant and fearful master". *George Washington.*



2/28/13

Filed[redacted]USDcFln1AM0642

## **Freedom:** *The Declaration of Independence.*

**The unanimous Declaration of the thirteen United States of America,**

When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. --That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shown, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed.

But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security......., *"Thomas Jefferson The Declaration of Independence.* **IN CONGRESS, July 4, 1776."**

## Human Rights Provisions

**Article 3 of the Convention on the Rights of the Child states :**
(Best interest of the child): The best interest of children must be the primary concern in making decisions that may affect. All adults should do what is best for children. When adults make decisions, they should thinck about how their

decisions willl affect children. This particularly applies to budget, policy and law makers

**Article 3 of the Universal Declaration of Human Rights states :**
Everyone has a right to life, liberty and security of person.

**Article 6 of the International Covenant on Civil and Politial Right states:**
Everyone human being has the inherent right to life. This right shall be protected by law. No one shall be arbitrarily deprived of his life.

**Right to Life, Article 4 of the American Convention on Human Rights "Pact of San Jose, Costa Rica" states:**
Everyone person has the right to have his life respected. This right shall be protected by law and, in general, from the moment of conception. No one shall be arbitrarily deprived of his life.

## Jurisdiction

Article III of the United States Constitution

Jurisdiction is proper pursuant to The Alien Tort Statue (28 U.S.C sub section 1350, ATS, also called the Alien Tort Claim Act(ACTA)) is a Section of the United States Code that reads. "The District Court shall have original jurisdiction in any civil action by an alien for a tort only, committed in violation of the Law of Nations or a treaty of the United States." This Statue is notable for allowing U.S. Courts to hear human-rights cases brought by foreign citizen for conducts committed outside the United States.

The Torture Victim Protection Act (TVPA), passed and signed into law by President George H.W.Bush in 1992, gives similar rights to U.S. citizen and non-citizen alike to bring claims for torture and extrajudicail killings committed in foreing countries.

Alien Tort Statue cases was vindicated by the U.S. Supreme Court. In its 2004 ruling in Sosa V. Alvarez-Machain, the Court held that the ATS grants federal courts jurisdiction over claims based on specifically defined, universally accepted and obligatory norms of international law. In establishing this standard, the Court effectively gave the green light to use the ATS as a means of redress for severe human rights abuse.

United States v. Libellants and Claimants of the Schooner Amistad, 40 U.S.518(1841).

Cabello v. Fernandes-Larios 402 F.3d 1148(11th Cir. 2005)

## <u>International Humanitarian Rights Law Involved</u>

<u>Treaties</u>

1. Convention and Protocol Relating To The Status of Refugees.
2. United Nation Convention Against Torture.
3. Convention Relating To The Status of Stateless Persons
4. Convention on the Elimination of All Forms of Discrimination Against Women.
5. Convention on the Prevention and Punishment of the Crime of Genocide.
6. Convention on the Non-Applicability of Statutory Limitation to War Crimes and Crimes Against Humanity.
7. International Convention on the Elimination of All Forms of Racial Discrimination

<u>Fundamental Rights</u>

1. Universal Declaration of Human Rights
2. International Covenant on Civil and Political Rights
3. International Covenant on Economic, Social and Cultural Rights
4. American Convention on Human Rights "Pact of San Jose ,Costa Rica"
5. Convention on the Rights of The Child
6. The U.S. Constitution
7. Declaration on Race and Racial Prejudice

<u>Other Treaties and Fundamental Rights</u>

1. Council Directives 2004/83/EC of 29 April 2009
2. Convention for the Protection of Human Rights and Fundamental Freedoms
3. Charter of Fundamental Rights of The European Union
4. Canadian Charter of Rights and Freedoms
5. African Charter on Human and Peoples' Rights
6. Human Rights Act 1998
7. Arab Charter on Human Right
8. 1689 Bill of Rights

# Background on Bashar Hafez al-Assad

Born on September 11, 1965, Bashar al-Assad had no intension of entering political life, let alone becoming president of Syria. But a tragic death and a calculating father saw to it that he would. Though promising to be a transformational figure who would propel Syria into the 21st century, al-Assad failed, and has instead followed in the footsteps of his father, leading to demands for reform and responding with a violent crackdown on the people of Syria. Bashar Hafez al-Assad is the second son of former Syrian President Hafez al-Assad, and his wife, Anisa. Hafez had risen to power through the Syrian military and the minority Alawite political party to take control of Syria in 1970.

With much of the military composed of fellow Alawite associates, he was able to integrate the military into his political regime, and ruled Syria with an iron fist for three decades. Bashar grew up quiet and reserved, in the shadow of his more dynamic and outgoing brother, Bassel. Educated at the Arab-French al Hurriya School in Damascus, Bashar learned to speak fluent English and French. He graduated from high school in 1982, and went on to study medicine at the University of Damascus, graduating in 1988. He conducted his residency in ophthalmology at the Tishreen military hospital outside of Damascus, and then traveled to Western Eye Hospital in London, England in 1992.

His father had been grooming Bassel as the future president. But in 1994, Bassel was killed in an automobile accident, and Bashar was recalled to Damascus. Bashar's life would soon radically change. Hafez quickly and quietly moved to have Bashar succeed him as president; Bashar entered the military academy at Homs, located north of Damascus, and was quickly pushed through the ranks to become a colonel in just five years. During this time, he served as an advisor to his father, hearing complaints and appeals from citizens, and led a campaign against corruption. As a result, he was able to remove many potential rivals.

## Presidency

Hafez al-Assad died on June 10, 2000. In the days following his death, Syria's parliament quickly voted to lower the minimum age for presidential candidates from 40 to 34, so that Bashar could be eligible for the office. Ten days after Hafez's death, Bashar al-Assad was chosen for a seven-year term as president of Syria. In a public referendum, running unopposed, he received 97 percent of the vote. He was also selected leader of the Ba'ath Party and commander in chief of the military.

## Human Rights

Human Rights groups, such as Human Rights Watch and Amnesty International, have detailed how Bashar's government and secret police routinely tortured, imprisoned, and killed political opponents, and those who speak out against the government.

Since 2006 it expanded the use of travel bans against dissidents. In that regard, Syria is the worst offender among Arab states.

In an interview with ABC News in 2007 he stated: "We don't have such [things as] political prisoners," yet the *New York Times* reported the arrest of 30 political prisoners in Syria in December 2007.

## Presidency: 2000-present

In his domestic policy, he has been criticised for a disregard for human rights, economic lapses, and corruption. In his foreign policy, Al-Assad is an outspoken critic of the United States, Israel, Saudi Arabia, and Turkey.The Ba'ath Party remains in control of the parliament, and is constitutionally the "leading party" of the state. Until he became president, Bashar al-Assad was not greatly involved in politics; his only public role was head of the Syrian Computer Society, which introduced the Internet to Syria in 2001. Al-Assad was confirmed as president by an unopposed referendum in 2000.

However, security crackdowns commenced again within the year. By July 2012, according to analysts, Assad had amassed for himself, his family and associates a fortune of perhaps $1.5bn, which is held in Russia, Hong Kong and offshore tax havens to spread the risk of seizure.

# Statement of the case

This case is brought to the Honorable Court in order to bring to an End of the carnage of Crime Against Humanity, Genocide, and Gross Violation of Human Rights against Children, Women and Civilians in Syria. **"2013 mustn't be another year of bloodshed. Demand protection of Civilians in Syria." 'Amnesty International UK'**

At the same time, as an African-Arabian-American, I have families that live in Syria and the Arabian Penninsular according to history and migration.

***72 Beautiful young children were killed for no reason by the Syrian regime since the uprising.***

Since the begining of the Syrian uprising at mid-March, the number of children killed in demonstrations or under torture has reached 73 in the Friday of the "Children for Freedom". Althought they are still minors they have joined the ranks of Martyrs of Freedom which has reached 1270 today, below is the confirmed list of children names we managed to get under cercumstances:

1. Ahmad Al-Nabhan, 15 years old from Hama was killed in June,3.2011

2. Ahmad Mathloum, 13 years old from Hama was killed in June,3.2011

3. Issam Faraj from Hama was killed in June,3.2011

5. Mahmoud Izzuddeen, 13 years old from Homs, Rastan was killed in June,2.2011

6. Malak Muneer Kadah, 11 years old from Daraa, Harak was killed in May,31.2011

7. Marwa Hassan Shakhdo, 4 years old from Rastan - Homs, shot by security forces because she moved while they searched her family's place on May 31, 2011

8. The two sons of Khadija Kurdi from Rastan - Homs, martyred with their mom on May 29, 2011



9. Hajar Tayseer Al-Khateeb, 10 years old from Homs, martyred when security forces fired on her school (Al-Wafd) bus on May 29, 2011

10. Ibraheem bin Mahmoud Resho, 12 years old from the village of Maar Shoreen – Idlib, martyred on May 27, 2011

11. Zouheir Abdalla Awad Al-Ammar, from Nemer – Daraa, shot by security forces on May 21, 2011........................................

27.Tamam Almutlak Alasemi, 13 years old from Daraa, Daeel was killed while he was going to buy bread and a tank shot him on May,8.2011

60- Saleh Basheer Ollweh, 1 year old, Daraa he died from tear gas on April, 4th, 2011

61.Diaa Mohamad Alkhateb, 11 years old from Homs was killed on April,4.2011

62.Mustafa Abdullah Bayazed, 17 years old from Lattakia, Bestan Alsamkah,



was stabbed to death by thugs on March,26.2011

63.Sabtha Naief Akrad ,17 years old from Daraa, was killed on March , 25.2011

64. Muhannad Al-Thyab , 15 years old from Daraa, Alsanamain was killed on March,25.2011

65. Ibtisam Muhammed Qasem Al-Masalmeh,11 years old from Daraa, was killed by police fire as she was on her home's terras on March 23.2011

66. Samir Qumbs ,17 years old from Daraa,Alharra, was killed on March 23.2011

67. Moumen Munther Al-Masalmeh , 14years old from daraa, was poisoned by tear gas on March,20.2011

68. Ahmad Redwan ,15 years old from Banias, was found dead in the fields with 2 bullets in his body after storming the city

69. Diyaa Yehya Khatib , 16 years old from Homs, was killed under torture in a detaintion center

70. Diyaa Khalil Alfurqan, 16 years old from Daraa, a disabled kid was killed by security forces fire

71. Muhammed Ahmad Ayyash , 12 years old from Daraa was killed by security forces fire. (See attached report for more details).

## Amnesty International UK Report

Human Rights abuses by both pro-and anti-government forces in Syria are Spiralling. We have the names of nearly 30,000 people who haved died so far, and believe the true death toll is far greater. This simply can't be allowed to go on.

There are stories of family homes razed to the ground and peaceful protester tortured. We heard of civilians killed at a wedding party in the Jabal al-Zawiya region on 16 September, and a six year old boy died as he queued for bread.

Meanwhile, over 500,000 refugees have poured across Syria borders. Two million more who have fled thier homes due to the fighting are living in desperate conditions within the country.

Since the crackdown in peaceful protest began in Spring 2011, President Bashar Al-Assad's security forces and pro-government militias have been responsible for the majority of the atrocities.

Recently, as the internal armed conflict escalates, we have seen a rise in abuses carried out by opposition forces-whether fighting under the banner of the Free Syria Army or not. However, as of last month, the Syrian opposition has established a new leadership, the National Coalition for Syrian Revolutionary and Opposition forces.

Right now is a crucial moment to bring these forces under effective command and control to prevent human rights abuses.

## The New York Times Report BEIRUT, Lebanon.

Syrian warplanes have killed dozens of civilians, including more than 20 children, in an intensifying campaign of anti-insurgency airstrikes across the country over the past few days, bombing some targets as families were congregating outside to enjoy a sunny break form prolonged winter storms, activists and international medical aid workers said Monday.

"We could not keep our silent," Shinjiro Murata, the head of the Doctors Without Borders mission, said in a telephone interview from Aleppo Province. "We are

sure that civilains were deliberately targeted." He said an aerial assault on Sunday, which hit an open-air market in the village of Azaz, near the Turkish border, left at least 20 people dead and wounded 99. The strike came as many people from around the region were shopping.

The tally of children killed in airstrikes, according to activists, included seven children killed while playing outside in Hizza, east of Damascus, according to video that showed women over their body parts; three in the northern city of Aleppo; two in an Aleppo suburb; four in Latama, in Hama Province.

## Severe Human Rights Abuses

The report also emphasized a little-discussed issue, the threat of rape, which many families interviewed in Jordan and Lebanon cited as a primary reason for their flight.

"Many women and girls relayed accounts of being attacked in public or in their homes, primarily by armed men," the report said. "These rapes, sometimes by multiple prepetrators, often occur in front of family members."

The practice of destroying hospitals was corroborated by another humanitarian emergency organization, the New York-base International Rescue Committee, which said in a report on Monday that the Syrian authorites were engaged in "a systematic campaign" to hamper medical care through bombing and closing hospitals and intimidating, torturing and killing doctors who help the wounded. (See attached report for more details).

## The Telegraph Report.

More than 90 people, including 32 children, have been killed in a Syrian government "massacre" as William Hague calls for an urgent session of the United Nations Security Council.

The head of aUN mission warned on Saturday of "civil war" in Syria after his observes counted more than 92 bodies, 32 of them children, in the central town of Houla following reports of a massacre there.

UN Secretary General Ban Ki-moon joined a chorus of international condemmnation amid mounting calls fir world action to halt the bloodshed. The British-based Syrian Observatory for Human Rights said that Friday's shelling in the city of Houla, in central Homs province, had led to what seemed to be one of the bloodiest episode so far of the 15-month long uprising.

Unconfirmed amateur videos posted by activist on YouTube showed around 20 bodies, mostly young children, lying in a room. One man holds up the limp body of a boy aged seven, a gaping hole punched in the lower portion of his face, "This child, what did he do to deserve this?", he shouts.

"There are credible and horific reports that a large numbers of civilians have been massacred in the hands of Syrian forces in the town of Houla, including children," he said.

The fresh claims of the regime atrocities led the opposition Syrian National Council to call the UN Security Council to take urgent action. At the same time, the Observatory accused the Arab and International Communities of being "complicit" in the killing, saying that shelling that had begin on Friday hae continued into the night. The Observatory said the International Community was standing "silent in the face of the massacre by the Syrian regime."

Human rights monitors said the regime also deployed tanks to Aleppo. Syria's second largest city, for the first time since the uprising against President Bashar Al-Assad began last March. Aleppo, Syria's economic hub, has previously been largely a bastion of support for the regime.(See attached report for more details).

# The Arms Race

We have called on Russia and other Countries to halt the flow of arms to the Syrian government. **"Amnesty International UK".**

Report by Louis Charbonneau (Reuters).

Britain, France and the United States sharply criticized Russia on Tuesday for suppling weapons to Syria, where government forces have killed thousands of pro-democracy demostrators over the last 10 months

We are concerned about the supply of weapons into Syria, where sales to the government or illegal smuggling to the regime or opposition, Britain's U.N. Ambassador Mark Lyall Grant told the Security Council during a debate on the Middle East.

Syrian bought $700 million worth of Russia weapons, or 7 percent of Russia's billion in arms deliveries abroad in jet trainers for over half billion dollars in 2010, according to the Russia defence-tank CAST.

An unnamed Russian military source was quoted as saying in December that the country had delivered anti-ship Yakhont missiles to Syria, and a Russian newspaper reported on Monday that it also has signed a deal to sell Syria nearly 40 fighter

French Ambassador Gerard Araud echoed Lyall Grant's words, saying that it was "unacceptable that certain countries, including on this council, continue to provide the means of violence against the Syrian population."

The United States and their European allies have called for a U.N. arms embargo and other sanctions against Syria, but Russia vehemently opposes U.N. Security Council action.(See attached report for more details)

Global Security.org Report

In August 2011 U.S. Secretary of State Hillary Clinton urged Russia to stop supplying arms to Syria. "We want to see Russia cease selling arms to the Assad regime," she said in a recent interview with the television network CBS. The export of Russian weapons to Iran and Libya has already been suspended, and now officials in Washington are raising the issue of Russia's arms sales to Syria. This is an extremely sensitive issue, even for such an inherently sensitive sector as military and technical cooperation. The business interests of Russian arms manufacturers and the Russian leadership's complex Middle East policy run up against the hard line of Israel and the United States.

# Arms Dealers and Providers

Despite all criticism by Britain, France and the United States on Russia supplying weapons to Syria, United States and Britain are no exeception to the arms trade.

Spacedaily.com reported that :

Russia and Ukraine, old hands at selling arms in the war-torn Middle East, are reported to be providing weapons, paid for by Saudi Arabia and Qatar, to anti-government rebels in Syria and for the regimes in Iraq and Afghanistan, courtesy of the Pentagon.

The Eurasia Daily Monitor, published by the Jamestown Foundation think tank of Washington, reported recently that Ukraine, a former Soviet republic, has shipped several consignments of weapons to insurgents fighting the Syrian regime of President Bashar Assad "through Saudi proxies."

"Weapons crates found in the Syrian city of Aleppo showed the arms were delivered from the Ukrainian port of Gostomel and exported by Dastan Engineering from LVC (Luhansk Cartridge Works), a major ammunition manufacturing plant in Luhansk," the report noted.

One of LCW's main exports is the 7.62mm cartridge used in AK-47 assault rifles, which are used by both sides in the Syrian civil war, in which a recent U.N. report said some 60,000 people have been killed since March 2011.

Saudi Arabia and Qatar, both Persian Gulf monarchies, are bitterly opposed to Assad's republican regime, which is a close ally of Iran, Riyadh's archrival for supremacy in the gulf region.

Russia is Assad's paramount ally on the international stage, particularly on the U.N. Security Council. Moscow has long been a key arms supplier of the Damascus regime, going back to the Cold War era.

Ukraine, once a Soviet republic, was deeply integrated into the Soviet economy. Kiev inherited a major arms industry when the Soviet Union collapsed. That included one-third of the Soviet space industry.

Ukrainian arms have been identified with some of the world's bloodiest conflicts and most notorious governments, including Saddam Hussein's brutal regime in Iraq that was toppled by the Americans in 2003 and more recently the Taliban in Afghanistan.

"The Syrian civil war represents only the latest case of Ukraine being involved in supplying weapons to an ongoing violent conflict," Eurasia Daily Monitor observed.

"By their clandestine nature, Ukrainian arms deliveries to the Syrian rebels resemble Ukrainian arms supplied to the Croatian army and Kosovo Albanian separatists in the 1990s as part of covert operations supported at the time by the United States," Eurasia Daily Monitor noted.

Intelligence Online, a Paris website, reported the Americans have procured Russian weapons "from discreet intermediaries" to equip the Iraqi and Afghani armies.

Intelligence Online said the U.S. defense budget approved by Congress last month included an amendment introduced by Republicans and Democrats that imposed

sanctions on Russia's defense export arm, Rosoboronexport, for supplying the Syrian army.

The move has caused some embarrassment at the Pentagon since it, too, has received supplies from the Russian armaments group," Intelligence Online added.

"In June 2011, Washington shelled out $375 million for 21 Mil Mi-17 V5 Russian helicopters for the Afghan air force and in February this year, it paid Rosoboronexport another $5 million for light arms to Afghanistan."

The deals were reportedly negotiated by a small Tampa, Fla., distributor, Bulova Technologies, "which specializes in 'non-conventional' arms and represents Rosoboronexport in the U.S.

"Bulova has also supplied U.S.-financed tanks and light arms to the Iraqi army."

## The Guardian : UK sells arms to repressive regimes-officials

How can Britain, one of the world leading arms exporter, honour its stated commitment to promote human rights throughout the world?

Vince Cable, the business secretary, has admitted as much. "We do trade with governments that are not democratic and have bad human rights records", he told a crossparty group of senior MPs. "We do business with repressive governments and there's no denying that".

Cable's refreshing admission of what we all know anyway did not satisfy members of the Commons committee on arms export controls on Tuesday night, not least the chairman, the former Conservative defence minister, Sir John Stanley. He accused the government of adopting a "rosy tinted" and "over optimistic" view of "authoritarian regimes".

The MPs were questioning Cable and William Hague, the foreign secretary, about Whitehall's approval of exports, including crowd control ammunition, guns and ammunition to Libya, Bahrain, and Egypt, in the period leading up to the Arab Spring last year. The MPs also raised questions about reports that Saudi Arabia sent troops in British trucks to Bahrain during the protests in the Gulf state last year.

In a stinging report a year ago, the parliamentary committee noted that successive governments had allowed British arms supplied to north Africa and the Middle East to be used for internal repression in apparent breach of official guidelines.

The MPs welcomed the revocations of 158 arms export licences to governments brutally cracking down on civil protests but added that this merely reflected the "degree of policy misjudgment" that had occurred.

Under official UK guidelines, no arms exports would be allowed that would exacerbate regional conflict or be used for internal oppression. "We don't have perfect foresight", Cable told the MPs.

Cable told MPs that the government had reviewed its system of monitoring arms exports and that in future ministers would be able to "suspend" arms exports quickly in the event of political upheaval or a regional crisis.

Britain is among the world's top five arms suppliers, selling more than £2bn in 2009, according to the latest figures from the International Institute for Strategic Studies. The most lucrative markets, notably in the Middle East, but also the Indian subcontinent, are those where the citizens are not in a position to object or where arms sales further destabilise an already unstable region.

As Hague demonstrated, there are always ways of getting round mutually contradictory policy objectives - in this case, promoting both arms sales and human rights.(See attached report for more details).

## News Junkie Post : American Weapons: Destabilizing Middle East And Killing Syrians. By Liam Fox.

The hypocrisy of US Foreign Policy is once again drawn into the spotlight as the worlds largest weapons exporter attempts to take the moral high-ground against brutal dictators armed with American weapons.

News Junkie Post's Editor-in-Chief, Gilbert Mercier, joins US Ambassador to the UN, Susan Rice, as well as Chris Hedges and WarIsBusiness.com Editor Corey Pein to explore the deadly escalation. Profit fueled motivations that exacerbate the geopolitical games being played around Iran take center stage in this dynamic discussion.

## As reported by RT:

Amid fresh rebel atrocities, US criticism is ringing of arms sales to Syria are ringing hollow as weapons Washington sells to Authoritarian Gulf regimes fall within reach of the Free Syrian Army.

The situation around Syria is being painted in comic book black and white for the public eye. There is evil Assad. There are his innocent victims. There are heroic countries eager to ride to the rescue in the shiny armor. And there are Russia and China abusing their veto right at the UN Security Council not to allow it. Out of greed or out of solidarity of dictators, depending on whom you ask.

When it comes to Assad, international law is apparently irrelevant for the US. Only morality is. And helping Assad, for instance, by selling arms to his regime, is immoral by default, believes Susan Rice, US Ambassador to the UN.

*"They say there isn't an international embargo on arms preventing them from doing that. That is a fact. But that doesn't change the immorality of supplying a dictatorial regime that is killing its people in massive numbers every day. And we are deeply concerned about that and whatever else may have been motivating the Russian and Chinese decision to align themselves repeatedly with Assad and his brutal tactics,"* she said in an interview on MSNBC.

The public scolding, however, comes from someone living in a tremendous glass house, critics say.

The double standard approach is hard not to notice, says author and journalist Chris Hedges.

*"If you're our thug, you're ok and if you're their thug, you're not. For all of us that have been overseas, the duplicity and hypocrisy of American foreign policy is painfully evident,"* he told RT.

*"The deal that is going on right now is a massive build-up against Iran. It's not at all about human rights issues. It's all about some geopolitical games,"* Gilbert Mercier, editor-in-chief at newsjunkiepost.com, told RT.

FBI whistleblower Sibel Edmonds has accused America of playing particularly dirty while leading a campaign for regime change in Syria.

*"It's not some kind of simultaneous uprising situation, when people are rebelling and suddenly they are mysteriously armed and mysteriously arms are being smuggled into Syria from Turkey. Well who is providing these arms? Nobody is asking in the US media. Well these are US arms shipped to Turkey. And from Turkey, it's being smuggled into Syria,"* she claimed.

Flushed with record revenue, the American defense industry continues to lobby its interests on Capitol Hill.

*"Arms manufacturers are some of the biggest companies in America. They're some of the most powerful... They're even involved in elections, in some ways. In the United States, if you step back and look at it, making weapons is really the last pillar of the manufacturing sector in this country,"* Pein explains.

With the Middle East tension evidentially going from bad to worse, the world's biggest arms seller is unlikely to drop out of business. Neither is it likely to stop advocating peace, especially when the competitors are facing criticism, not the US itself.

# Statutory Violations

1. It is submitted that The Civil War in Syria constitute an act of War Crime under 18 U S C subsection 2441. **TITLE 18. CRIMES AND CRIMINAL PROCEDURE PART I. CRIMES CHAPTER 118. WAR CRIMES § 2441. War crimes**

**(a)** Offense. Whoever, whether inside or outside the United States, commits a war crime, in any of the circumstances described in subsection (b), shall be fined under this title or imprisoned for life or any term of years, or both, and if death results to the victim, shall also be subject to the penalty of death.

**(b)** Circumstances. The circumstances referred to in subsection (a) are that the person committing such war crime or the victim of such war crime is a member of the Armed Forces of the United States or a national of the United States (as defined in section 101 of the Immigration and Nationality Act [8 USCS § 1101]).
**(c)** Definition.
As used in this section the term "war crime" means any conduct—

**(1)**defined as a grave breach in any of the international conventions signed at Geneva 12 August 1949, or any protocol to such convention to which the United States is a party;

**(2)** prohibited by Article 23, 25, 27, or 28 of the Annex to the Hague Convention IV, Respecting the Laws and Customs of War on Land, signed 18 October 1907;

**(3)** which constitutes a grave breach of common Article 3 (as defined in subsection (d)) when committed in the context of and in association with an armed conflict not of an international character; or

The US War Crimes Act (1996), as amended by the Military Commissions Act (2006), which was passed by Congress following the Supreme Court's decision in *Hamdan v. Rumsfeld* in 2006, changed the definition of "war crime" in relation to common Article 3 of the 1949 Geneva Conventions.

**Common Article 3 Violations is described as follows:—**

(1) **Prohibited conduct.**— In subsection (c)(3), the term "grave breach of common Article 3" means any conduct (such conduct constituting a grave breach of common Article 3 of the international conventions done at Geneva August 12, 1949), as follows:

(A) **Torture.**— The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.

(B) **Cruel or inhuman treatment.**— The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.

Basis for the war crimes listed above

These are violations of customary international law, listed as war crimes in the Statute of the International Criminal Court.

Other serious violations of international humanitarian law committed during a non-international armed conflict are described as follows:

• torture or inhuman treatment, including biological experiments;

• willfully causing great suffering or serious injury to body or health;
• extensive destruction or appropriation of property, not justified by military necessity and carried out unlawfully and wantonly;
• willfully depriving a prisoner of war or other protected person of the rights of a fair and regular trial;
• unlawful deportation or transfer;
• unlawful confinement;
• slavery and deportation to slave labor;
• collective punishments;
• the practice of apartheid or other inhuman or degrading practices involving outrages on personal dignity based on racial discrimination;
• violence to life and person, in particular murder of all kinds, mutilation, cruel treatment and torture;
• committing outrages upon personal dignity, in particular humiliating and degrading treatment;
• seizing property of the adverse party not required by military necessity;
• making civilian objects the object of attack;

2. Similarly, **Article 147 of the Fourth Geneva Convention** which defines war crimes as: *"Willful killing, torture or inhuman treatment, including...willfully causing great suffering or serious injury to body or health, unlawful deportation or transfer or unlawful confinement of a protected person, compelling a protected person to serve in the forces of a hostile power, or willfully depriving a protected person of the rights of fair and regular trial,...taking of hostages and extensive destruction and appropriation of property, not justified by military necessity and carried out unlawfully and wantonly."*

3. At the same time, the War in Syria constitute an act of Crime of Aggression under the Rome Statue of the International Criminal Court.

## Definition of the crime of aggression:

Article 8 *bis* adopted in Kampala defines the individual crime of aggression as the planning, preparation, initiation or execution by a person in a leadership position of an act of aggression. Importantly, it contains the threshold requirement that the act of aggression must constitute a manifest violation of the Charter of the United

Nations. Under the Statute, the definition of "crime of aggression" is stated as follows:

**Article 8 bis**

> 1. For the purpose of this Statute, “crime of aggression” means the planning, preparation, initiation or execution, by a person in a position effectively to exercise control over or to direct the political or military action of a State, of an act of aggression which, by its character, gravity and scale, constitutes a manifest violation of the Charter of the United Nations.
> 2. For the purpose of paragraph 1, “act of aggression” means the use of armed force by a State against the sovereignty, territorial integrity or political independence of another State, or in any other manner inconsistent with the Charter of the United Nations. Any of the following acts, regardless of a declaration of war, shall, in accordance with United Nations General Assembly resolution 3314 (XXIX) of 14 December 1974, qualify as an act of aggression:

4. Furthermore, the War In Syria also constitute an act of Crime Against Humanity.

Crimes Against Humanity Definition:

An international criminal justice offence; the perpetration of acts of war upon a civilian, non-soldier population.

A term used by, within and as so defined by the International Criminal Court treaty and including any of the following acts when committed as part of a widespread or systematic attack directed against any civilian population, with knowledge of the attack:

- Murder;
- Extermination;
- Enslavement;
- Deportation or forcible transfer of population;
- Imprisonment or other severe deprivation of physical liberty in violation of fundamental rules of international law;
- Torture;

- Rape, sexual slavery, enforced prostitution, forced pregnancy, enforced sterilization, or any other form of sexual violence of comparable gravity;
- Persecution against any identifiable group or collectivity on political, racial, national, ethnic, cultural, religious, gender, (...) or other grounds that are universally recognized as impermissible under international law (...)
- Enforced disappearance of persons;
- The crime of apartheid;
- Other inhumane acts of a similar character intentionally causing great suffering, or serious injury to body or to mental or physical health.

The treaty definition includes the following points of clarification:

- 'Attack directed against any civilian population' means a course of conduct involving the multiple commission of acts ... against any civilian population, pursuant to or in furtherance of a State or organizational policy to commit such attack;
- 'Extermination' includes the intentional infliction of conditions of life, *inter alia* the deprivation of access to food and medicine, calculated to bring about the destruction of part of a population;
- 'Enslavement' means the exercise of any or all of the powers attaching to the right of ownership over a person and includes the exercise of such power in the course of trafficking in persons, in particular women and children;
- 'Deportation or forcible transfer of population' means forced displacement of the persons concerned by expulsion or other coercive acts from the area in which they are lawfully present, without grounds permitted under international law;
- 'Torture' means the intentional infliction of severe pain or suffering, whether physical or mental, upon a person in the custody or under the control of the accused; except that torture shall not include pain or suffering arising only from, inherent in or incidental to, lawful sanctions
- 'Forced pregnancy' means the unlawful confinement of a woman forcibly made pregnant, with the intent of affecting the ethnic composition of any population or carrying out other grave violations

of international law. This definition shall not in any way be interpreted as affecting national laws relating to pregnancy;

- 'Persecution' means the intentional and severe deprivation of fundamental rights contrary to international law by reason of the identity of the group or collectivity;
- 'The crime of apartheid' means inhumane acts ... committed in the context of an institutionalized regime of systematic oppression and domination by one racial group over any other racial group or groups and committed with the intention of maintaining that regime; and
- 'Enforced disappearance of persons' means the arrest, detention or abduction of persons by, or with the authorization, support or acquiescence of, a State or a political organization, followed by a refusal to acknowledge that deprivation of freedom or to give information on the fate or whereabouts of those persons, with the intention of removing them from the protection of the law for a prolonged period of time.

5. However, The Canadian *Crimes against Humanity and War Crimes Act* defines; "Crimes Against Humanity" as:

"... murder, extermination, enslavement, deportation, imprisonment, torture, sexual violence, persecution or any other inhumane act or omission that is committed against any civilian population or any identifiable group and that, at the time and in the place of its commission, constitutes a crime against humanity according to customary international law or conventional international law or by virtue of its being criminal according to the general principles of law recognized by the community of nations, whether or not it constitutes a contravention of the law in force at the time and in the place of its commission."

Historically, war was considered a blatant spite of law and historically, it was taken for granted that no rule of law applied during war and that as such, it was no crime to attact a cicvilian population.

It was the awareness of actions of several politicians and commanders-in-chief of their respective governments, such as Adolph Hitler's (shown), that brought the world to define crimes against humanity and to try to limit the horror of war as upon and between professional soldiers only.

6. The War in Syria also constitute an act of Genocide

Definitions

By 'genocide' we mean the destruction of an ethnic group . . . . Generally speaking, genocide does not necessarily mean the immediate destruction of a nation, except when accomplished by mass killings of all members of a nation. It is intended rather to signify a coordinated plan of different actions aiming at the destruction of essential foundations of the life of national groups, with the aim of annihilating the groups themselves. The objectives of such a plan would be disintegration of the political and social institutions, of culture, language, national feelings, religion, and the economic existence of national groups, and the destruction of the personal security, liberty, health, dignity, and even the lives of the individuals belonging to such groups . . .. (Axis Rule in Occupied Europe ix. 79) Raphael Lemkin, 1944.

The crime of genocide should be recognized therein as a conspiracy to exterminate national, religious or racial groups. The overt acts of such a conspiracy may consist of attacks against life, liberty or property of members of such groups merely because of their affiliation with such groups. The formulation of the crime may be as follows: "Whoever, while participating in a conspiracy to destroy a national, racial or religious group, undertakes an attack against life, liberty or property of members of such groups is guilty of the crime of genocide. (Genocide, American Scholar, Volume 15, no. 2 (April 1946), p. 227-230) Raphael Lemkin, 1946.

Genocide is the mass murder of as many people as possible on the basis of born national, ethnic, racial or religious identity as such; with intent to eliminate the targeted group entirely and internationally; without allowing the victims any option to change views, beliefs or allegiances to save themselves; and with large-scale accomplished fulfilment of the goal. Genocide leaves in its wake an extinct or nearly extinct group within the territory under the control of the perpetrators. Dovid Katz, 2009.

Article 6 of the Rome Statute provides that : 'genocide' means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such (a) Killing members of the group; (b)

Causing serious bodily or mental harm to members of the group; (c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part; (d) Imposing measures intended to prevent births within the group; (e) Forcibly transferring children of the group to another group. The Rome Statute of the International Criminal Court, 2002.

7. The War in Syria also contradict Article 1 of the : Convention on the Non-Applicability of Statutory Limitation to War Crimes and Crimes Against Humanity which states :

> No statutory limitation shall apply to the following crimes, irrespective of the date of their commission:
>
> ( a ) War crimes as they are defined in the Charter of the International Military Tribunal, Nürnberg, of 8 August 1945 and confirmed by resolutions 3 (I) of 13 February 1946 and 95 (I) of 11 December 1946 of the General Assembly of the United Nations, particularly the "grave breaches" enumerated in the Geneva Conventions of 12 August 1949 for the protection of war victims;
>
> ( b ) Crimes against humanity whether committed in time of war or in time of peace as they are defined in the Charter of the International Military Tribunal, Nürnberg, of 8 August 1945 and confirmed by resolutions 3 (I) of 13 February 1946 and 95 (I) of 11 December 1946 of the General Assembly of the United Nations, eviction by armed attack or occupation and inhuman acts resulting from the policy of apartheid , and the crime of genocide as defined in the 1948 Convention on the Prevention and Punishment of the Crime of Genocide, even if such acts do not constitute a violation of the domestic law of the country in which they were committed.

## Comments

I believe that the funding and supplying of arms and weapons to Syria has led to the deaths of many childrens, women and civilains. The escalation of the Civil War I believe constitute a violation of Article 2 of the International Convention for the Suppression of the Financing of Terrorism. As defined by the Convention :

1. Any person commits an offence within the meaning of this Convention if that person by any means, directly or indirectly, unlawfully and wilfully, provides or collects funds with the intention that they should be used or in the knowledge that they are to be used, in full or in part, in order to carry out:

(a) An act which constitutes an offence within the scope of and as defined in one of the treaties listed in the annex; or

(b) Any other act intended to cause death or serious bodily injury to a civilian, or to any other person not taking an active part in the hostilities in a situation of armed conflict, when the purpose of such act, by its nature or context, is to intimidate a population, or to compel a government or an international organization to do or to abstain from doing any act.

# Conclusion

An so, my fellow Americans...ask what your country can do for you – ask what you can do for your country. My fellow citizens of the world : ask not what America will do for you, but what together we can do for the freedom of man. John F. Kennedy, 1963.

# Relief Sought

1. Bashar Hafez Al-Assad should be brought to justice.
2. The Honorable Court should order a ceasefire in Syria.
3. A Court Order stopping the funding of arms sale to Syria
4. An Order stopping the United States of America, Britain, Russia, Ukraine and others from exporting arms into Syria
5. Compensation for the victims affected by the unrest as the Court may deems proper.

Respecfully submitted,

Oluwashina Kazeem Ahmed-Al-Khalifa

Plaintiff Address :
5, Robert Onadipe Street
Gbagada Phase 1
Shomolu, Pedro
Lagos, Nigeria.

Email: oahmed005@yahoo.com

Tel: 00 234 810 380 4404

**Signed:**___________________________ **Dated:**

Document Submitted with this Complaint,
Newsprints Publications. Pages 1-18.

AL-KHALIFA
[illegible] ADIPE STR
DA PHASE I
LU PEDRO
NIGERIA

RR045847900NG




CLERK OF THE COURT
UNITED STATES DISTRICT COURT
Northern District of Florida
United States Courthouse
401 SE First Avenue
Room 243
GAINSVILLE, FL 32601
U.S.A

RR047140898NG

D.K. AHMED-AL-KHALIFA
5 ROBERT OMADIPE STR
GBAGADA PHASE I
SHOMOLU, PEDRO
LAGOS, NIGERIA