IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

OLUWASHINA KAZEEM AHMED-AL-KHALIFA,

    Plaintiff,

v.                                    CASE NO. 1:13-cv-48-RV-GRJ

BASHAR HAFEZ AL-ASSAD, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 1, 2013 (doc. 7). The plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court. The Clerk must terminate any pending motions and close the file.

**DONE AND ORDERED** this 13th day of August 2013.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**